U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2017 NOV 13 PM 1:04

CLERK

BY ____PC____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

PLUM CREEK MAINE MARKETING, INC. and )
WEYEHAEUSER COMPANY as the successor by merger of )
PLUM CREEK MAINE TIMBERLANDS, LLC, )
    Plaintiffs, )
)   Docket No.
)   2:16-CV-312
v. )
)
WeLog, Inc. )
    Defendant. )

### STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME the parties hereto, by and through their respective attorneys, and stipulate and agree that an entry of Dismissed with Prejudice may be made in the above-captioned matter:

PLUM CREEK MAINE MARKETING, INC. and
WEYEHAEUSER COMPANY as the successor
by merger of PLUM CREEK MAINE
TIMBERLANDS, LLC
Plaintiffs

Dated: 11/11/17

_____
Philip C. Woodward, Esq.
Attorney for Plaintiffs

WELOG, INC.
Defendant

Dated: 11/2/17

_____
Susan J. Flynn, Esq.
Attorney for Defendant

APPROVED AND ORDERED:

DATED 11·13·17

_____
Presiding Judge